**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6651**

---

ELIJAH RANSOM,

                                        Petitioner - Appellant,

        versus

SEWALL B. SMITH; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-92-
2805-L)

---

Submitted:  December 5, 1995        Decided:  March 26, 1996

---

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Elijah Ransom, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Kathryn Grill Graeff, Annabelle Louise Lisic, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

    Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Ransom v. Smith, No. CA-92-2805-L (D. Md. Apr. 4, 1995). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED

2